IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GASPAR PEDROSA and GEMA PEDROSA, § § § § Plaintiffs, § § v. § § AVT TITLE SERVICES, LLC, § POWER DEFAULT SERVICES, INC., § PHH MORTGAGE CORPORATION, § and U.S. BANK, NATIONAL § ASSOCIATION, AS TRUSTEE FOR § MORTGAGE PASS-THROUGH § CERTIFICATES 1998-R1, § § Defendants. § | CIVIL ACTION NO. 4:23-cv-02463 |

**STATEMENT OF INFORMATION IN A REMOVED ACTION**

Pursuant to the Court's *Order in Removed Action* (Doc. 8), Defendants PHH Mortgage Corporation ("PHH") and U.S. Bank National Association, as Trustee for Mortgage Pass-Through Certificates 1998-R1 ("U.S. Bank") (collectively, "Defendants") file this *Statement of Information in a Removed Action*, respectfully stating as follows:

**1.     State the date(s) on which defendant(s) or their representative(s) first received a copy of the summons and complaint in the removed state court action. If different, the date on which each defendant was served with a copy of the summons and complaint.**

RESPONSE:  PHH was served with a citation and a copy of the Petition on June 27, 2023. PHH believes that AVT Title Services, LLC ("AVT") was served on June 30, 2023. Upon information and belief, Defendants U.S. Bank and Power Default Services, Inc. ("PDS"), have not been properly served with a citation and a copy of the Petition in this matter.

**STATEMENT OF INFORMATION IN A REMOVED ACTION**                                                                                           1

**2.     In actions removed based on diversity jurisdiction, list the citizenship of all parties, including the citizenship of each member of a partnership or other type of business association such as LLCs and LLPs. Specifically identify whether any defendants who have been served are citizens of Texas.**

RESPONSE:  Plaintiffs are natural persons and have claimed Fort Bend County, Texas, as their residence and domicile. Accordingly, Plaintiffs are citizens of Texas for diversity purposes. PHH is a New Jersey corporation with its principal place of business in New Jersey. Therefore, PHH is a citizen of New Jersey for diversity purposes.

Plaintiffs state that AVT is a Texas corporation and PDS is a Delaware corporation, however, their citizenship should be disregarded because they have been improperly joined. *See Great Plains Trust Co. v. Morgan Stanley Dean Witter & Co.*, 313 F.3d 305, 313 (5th Cir. 2002).

With respect to trustee Defendant U.S. Bank, the citizenship of the trustee controls the citizenship of the trust for diversity purposes. *See Wells Fargo Bank, N.A. v. Am. Gen. Life Ins. Co.*, 670 F. Supp. 2d 555, 561 (N.D. Tex. 2009). As a national banking association organized under federal law, U.S. Bank, for diversity purposes, "is a citizen of the State in which its office, as set forth in its Articles of Association, is located." *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 202, 307 (2006). U.S. Bank's main office is located in Ohio. Therefore, U.S. Bank is a citizen of Ohio for diversity purposes, and consequently the trust is a citizen of Ohio for diversity purposes. Therefore, all properly joined and served Defendants are not citizens of Texas.

**3.     In actions removed based on diversity jurisdiction, state the amount alleged in controversy and the basis for this amount.**

RESPONSE:   The amount alleged in controversy is likely in excess of $164,870, which is the most recent tax assessed value of the subject property. The amount in controversy in an action for injunctive relief  "Is the value of the right to be protected or the extent of the

injury to be prevented." *St. Paul Reins. Co. v. Greenberg*, 134 F.3d 1250, 1252-53 (5th Cir. 1998).  When the right to property is at issue, courts look to the value of the property to determine whether the minimum amount in controversy has been met for jurisdictional purposes.  *Farkas v. GMAC Mortgage, LLC*, 737 F.3d 338, 341 (5th Cir. 2013) ("In actions enjoining a lender from transferring property and preserving an individual's ownership interest, it is the property itself that is the object of the litigation; the value of that property represents the amount in controversy.")

**4.     In actions removed based on diversity jurisdiction pending more than one year in state court, specify why the case should not be summarily remanded.**

RESPONSE:  Not applicable.

**5.     Identify any defendant that did not join in the notice of removal and explain why.**

RESPONSE:  Defendant Power Default Services did not join the notice of removal because it has not been properly served or made an appearance in this case. Defendant AVT did not join the removal, as it had not made an appearance in this case at the time of removal.  Both were improperly joined and, therefore, their joinder is not needed.

Dated August 7, 2023                                   Respectfully submitted,

                                                 **LOCKE LORD LLP**

*/s/ Camille Griffith*
**B. David L. Foster**
  Texas Bar No. 24031555
  dfoster@lockelord.com
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)

**Robert T. Mowrey**
  Texas Bar No. 14607500
  rmowrey@lockelord.com
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)
**Camille Griffith**
  Texas Bar No. 24034761
  camille.griffith@lockelord.com

**ATTORNEYS FOR DEFENDANTS
PHH MORTGAGE CORPORATION AND
U.S. BANK, NATIONAL ASSOCIATION, AS
TRUSTEE FOR MORTGAGE PASS-THROUGH
CERTIFICATES 1998-R1**

## CERTIFICATE OF SERVICE

The undersigned further certifies that on August 7, 2023, a true and correct copy of the foregoing document was delivered to the parties as indicated below:

**Via CM/ECF**
Carl Mann
Carl Mann Law
4925 Cedar Street
Bellaire, Texas 77401
carlmannlaw@yahoo.com
*Attorney for Plaintiffs*

**Via U.S. Mail**
Power Default Services, Inc.
c/o Corporation Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701

**Via U.S. Mail**
AVT Title Services, LLC
14160 Dallas Parkway, Suite 900
Dallas, Texas 75254

/s/ *Camille Griffith*
Camille Griffith
Counsel for PHH Mortgage Corporation and
U.S. Bank, National Association, as Trustee for
Mortgage Pass-Through Certificates 1998-R1